**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of New Mexico
(State)

Case number (*If known*): 18-_____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Chuza Oil Company

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

2 7 – 2 7 1 7 2 9 2
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 4516 Lovers Lane #104 | _____ |
| Number Street | Number Street |
| _____ | _____ |
| | P.O. Box |
| Dallas    TX   75225 | _____ \_\_\_\_ \_\_\_\_ |
| City    State   ZIP Code | City    State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| | _____ |
| | Number Street |
| _____ | _____ |
| County | San Juan County   NM |
| | City    State   ZIP Code |

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Case 18-11836-t7    Doc 1    Filed 07/25/18    Entered 07/25/18 12:15:52 Page 1 of 6

Debtor  Chuza Oil Company  Case number (*if known*) 18-_____
      Name

## 6. Debtor's website (URL)  _____

## 7. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

## 8. Type of debtor's business

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

## 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☒ No
☐ Yes. Debtor _____  Relationship _____

District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

Debtor _____  Relationship _____
District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

## Part 3: Report About the Case

## 10. Venue

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

## 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | Chuza Oil Company | Case number (if known) 18- |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Marc Melcher 2012 Children's Trust | Unpaid Royalties | $ 200.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Marc Melcher 2012 Children's Trust
Name

5526 Candlewood Drive
Number   Street

Houston         TX         77056
City            State      ZIP Code

Name and mailing address of petitioner's representative, if any

C. LeRoy Melcher, Trustee
Name

3262 Westheimer, No. 222
Number   Street

Houston, Texas 77098
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/24/2018
             MM / DD / YYYY

X /s/ signature

Signature of petitioner or representative, including representative's title

**Attorneys**

Hugh M. Ray, III
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name, if any

909 Fannin Street Suite 2000
Number   Street

Houston         TX         77010
City            State      ZIP Code

Contact phone  713-276-7600   Email  hugh.ray@pillsburylaw.com

Bar number  146251

State  New Mexico

X /s/ signature
Signature of attorney

Date signed  7/25/18
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

| Debtor | Chuza Oil Company | Case number (if known) 18- |
|---|---|---|

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Basin Disposal, Inc. | Services/Bankruptcy Plan Payments | $ 18,123.36 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Basin Disposal, Inc.
Name

P O Box 100
Number  Street

Aztec          NM         87410
City           State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/13/2018
           MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Curtis R. Gurley
Printed name

The Gurley Law Firm
Firm name, if any

P O Box 1618
Number  Street

Aztec          NM         87410
City           State      ZIP Code

Contact phone 505-325-8813   Email curtisgurley@gurleylawfirm.com

Bar number 5968

State  New Mexico

x _____
Signature of attorney

Date signed 07/13/2018
           MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

| Debtor | Chuza Oil Company | Case number (if known) 18- |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| M&R Trucking, Inc. | Services/Bankruptcy Plan Payments | $ 89,989.66 |
| Agua Moss, LLC | Services/Bankruptcy Plan Payments | $ 29,853.23 |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

M&R Trucking, Inc.
Name

P O Box 600
Number   Street

Farmington           NM        87499
City                 State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07  12  2018
             MM / DD / YYYY

x Butch M_____
Signature of petitioner or representative, including representative's title

**Attorneys**

Seth V. Bingham
Printed name

Miller Stratvert P.A.
Firm name, if any

P O Box 869
Number   Street

Farmington           NM        87499
City                 State     ZIP Code

Contact phone  505-326-4521   Email sbingham@mstlaw.com

Bar number  226

State  New Mexico

x _____
Signature of attorney

Date signed  07/12/2018
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Chuza Oil Company                     Case number (if known) 18-_____

**Name and mailing address of petitioner**

Agua Moss, LLC
Name

P O Box 600
Number  Street

Farmington          NM       87499
City                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 12 / 2018
             MM / DD / YYYY

x  Butch M____
Signature of petitioner or representative, including representative's title

Seth V. Bingham
Printed name

Miller Stratvert P.A.
Firm name, if any

P O Box 869
Number  Street

Farmington          NM       87499
City                State    ZIP Code

Contact phone  505-326-4521   Email  sbingham@mstlaw.com

Bar number  226

State  New Mexico

x  _____
Signature of attorney

Date signed  07 / 12 / 2018
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___ / ___ / _____
             MM / DD / YYYY

x  _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number  Street

City    State    ZIP Code

Contact phone  _____  Email  _____

Bar number  _____

State  _____

x  _____
Signature of attorney

Date signed  ___ / ___ / _____
             MM / DD / YYYY