# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:
CHUZA OIL COMPANY, INC.,
   Involuntary Debtor.                            Case No. 18-11836-t7

## NOTICE OF APPOINTMENT OF TRUSTEE

Pursuant to the Order for Relief in an Involuntary Bankruptcy entered herein on August 27, 2018 (Docket No. 16), the United States Trustee hereby appoints Philip J. Montoya, as trustee pursuant to 11 U.S.C. § 703(c)(1) in the above referenced proceeding. The amount of the bond of the panel trustees in the District of New Mexico is covered by a blanket bond, a copy of which is on file with the Court.

                                                           Respectfully submitted,

                                                           Ilene J. Lashinsky
                                                           United States Trustee

                                                           //s// Filed electronically September 4, 2018
                                                           Leonard Martinez-Metzgar
                                                           Trial Attorney
                                                           Office of the United States Trustee
                                                           P. O. Box 608
                                                           Albuquerque, NM 87103
                                                           (505) 248-6548

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was filed electronically on September 4, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. I additionally certify that the above pleading has been provided to the below mentioned parties via U.S. Mail, postage prepaid on September 4, 2018.

Philip J. Montoya
Trustee
1122 Central Ave SW Ste #3
Albuquerque, NM 87102

1

Hugh M. Ray, III
New Mexico Bar No. 146251
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010

Basin Disposal, Inc.
P O Box 100
Aztec, NM 87410

M&R Trucking, Inc.
P O Box 600
Farmington, NM 87499

Agua Moss, LLC
P O Box 600
Farmington, NM 87499

Chuza Oil Company
Attn: Robert Goldstein, President and Secretary
4516 Lovers Lane Suite 104
Dallas, TX 75225

Chuza Oil Company
Attn: Robert Goldstein, President and Secretary
1000 Cordova Place #376
Santa Fe, NM 87505

Chuza Oil Company
Attn: Ernest L. Padilla, Registered Agent
1512 S St Francis Drive
Santa Fe, NM 87505

William F. Davis & Assoc., P.C.
Attn: William F. Davis
Joel Alan Gaffney
6709 Academy NE, Suite A
Albuquerque, NM 87109

 Filed electronically 9/4/2018
 Leonard Martinez-Metzgar
 Trial Attorney